# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 16-41280
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**

August 1, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

VICTOR MANUEL GARCIA-LARIOS, also known as Victor Larios-Garcia,

Defendant - Appellant

_____

Consolidated with 16-41281

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

VICTOR MANUEL GARCIA-LARIOS,

Defendant - Appellant

————

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:16-CR-406-1
USDC No. 1:16-CR-554-1

————

No. 16-41280

Before HIGGINBOTHAM, SMITH, and COSTA, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Victor Manuel Garcia-Larios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia-Larios has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.